SCANNED at WVCF and Emailed on

12-22-21 by [initials]  6 pages.
(date)   (initials)   (num)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Keandre Arnold
        Plaintiff, )
        )
vs. )
Doctor. Ellen Keris et, al. )
        Defendant, )
        )
        ) Case No.:

FILED
12/22/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff: Keandre Arnold # 201948

    Wabash Valley Corr. Fac.

    P.O. Box 1111, Carlisle. IN, 47838

B. Defendants: 1st.Docotr.Keris 2nd Doctor.Dewangger 3rd Docotr.Sims 4th Doctor. Byrd 5th Nurse.Pearson 6th Doctor.Rozjija 7th Nurse.Bennit 8th Nurse.Cupp 9th Warden 10th Nurse.Texture 11th Nurse. Drake 12th Doctor .Bretch 13th Nurse. Lantrip 14th Nurse. Wright 15th Nurse. Bobbi 16th MHP.Reed 17th MHP.Inda 18th Nurse. Shantel 19th Nurse.cheasile 20th Nurse. John 21st Nurse. Lena 22nd Nurse. Heather 23rd Nurse. Nancy 24th Nurse. McDonald 25th Nurse.Prez 26th Nurse. Hobson 27th Dr.Handley 28th Nurse. Hill 29th Nurse.Mcgulin 30th Nurse.Sprigtis

(All defendants names and titles included above and can be located via Wabash valley Corr. Fac.)

    Wabash valley Corr. Fac.

    Po Box 1111

    Carlisle, IN.47838

(All defendants can be located via Wabash valley Corr. Fac.)

**II.     STATEMENT OF JURISDICTION :**

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because all events happen within its jurisdiction.

### III. CAUSE OF ACATION

Ground1:The Warden,Dr.Handley,Dr.Keris,Dr.Sims,Dr.Dewanger,Dr.Bertch,Dr.Rozjija,Dr.Byrd,Nurse.Texture,Nurse.Bennit,Nurse.Lantrip,Nurse.Cupp,Nurse.Hobson,Nurse.Bobbi,Nurse.Prez,Nurse.McDonald,Nurse.Heather,Nurse.Lena,Nurse.Drake,Nurse.Shantel,Nurse.JohnNurse.Wright,Nures.Pearson,Nurse.Hill,Nurse.Sprigtis,Nurse.Mcgulin,Nurse.Cheasile MHP.Inda, MHP.Reed, did violate plaintiffs 8th amendment by subjecting him to cruel and unusual punishment and by the deliberate indifference to plaintiff serious medical &mental health need and his safety by a direct violation of the "Americans with Disability Act" by the failure to make reasonable accommodations for plaintiffs disability's and the denial of reasonable standard level of medical and mental health services provided and by the inadequate staffing which hinder the level of treatment proved to plaintiff and failure to remedy known deficiency in the "Health Care Request" system.

Ground2:
TheWarden,Dr.Keris,Dr.Handley,Dr.Sims,Dr.Dewanger,Dr.Bertch,Dr.Rozjija,Dr.Byrd,Nurse.Texture,Nurse.Bennit,Nurse.Lantrip,Nurse.Cupp,Nurse.Hobson,Nurse.Bobbi,Nurse.Prez,Nurse.McDonald,Nurse.Heather,Nurse.Lena,Nurse.Drake,Nurse.Shantel,Nurse.John Nurse.Wright,Nures.Pearson,Nurse.Hill,Nurse.Mcgulin,Nurse.Sprigtis,Nurse.Cheasile MHP.Inda, MHP.Reed, did violate plaintiffs 14th amendment by racial discrimination and discrimination of plaintiff due to his disability's which violated his equal protection of law defendants acting as a unit with personal direct knowledge intentionally denied plaintiff of the same level of care & treatment and administrative responses offer to white offenders vs. the treatment and remedies offer to plaintiff and recklessly disregarded any meaningful attempts to properly diagnose plaintiff before denial of reasonable mental health care and medical care due to plaintiff kind of disability's he suffers from.

Ground 3:Dr.Keris, Dr.Sims ,Dr.Dewanger ,Dr.Bertch,Dr.Rozjija ,Dr.Byrd ,Nurse.Texture,Nurse.Bennit,Nurse.Lantrip,Nurse.Cupp,Nurse.Hobson,Nurse.Bobbi,Nurse.Prez,Nurse.McDonald,Nurse.Heather,Nurse.Lena,Nurse.Drake,Nurse.Shantel,Nurse.John Nurse.Wright,Nures.Pearson,Nurse.Mcgulin,Nurse.Hill,Nurse.Sprigtis,Nurse.Cheasile MHP.Inda, MHP.Reed, did violate plaintiff 1st amendment by retaliation plaintiff filed many complaints and grievances and classification appeals and "PREA" complaints and in return was denied reasonable level of care and defendants acting as a unit down play symptoms presented to them in attempt to justify their lack of stand treatment and once plaintiff complained they began to refuse to process all his request for medical attention and began to false repot fact into plaintiff medical records

### IV. STATEMENT OF FACTS

Dr.Bertch,Dr.Rozjija,Dr.Byrd,Nurse.Texture,Nurse.Bennit,Nurse.Lantrip,Nurse.Cupp,Nurse.Hobson,Nurse.Bobbi,Nurse.Prez,Nurse.McDonald,Nurse.Heather,Nurse.Lena,Nurse.Drake, Nurse. Shantel, Nurse. John, Nurse. Hill, Nurse.Sprigtis, Nurse.Mcgulin, Nurse. Wright, Nures.Pearson, Nurse.Cheasile.
Acted as a unit on & off for a period of 7-14-21 till "actively going on".
At Wabash Valley Corr. Fac. plaintiff express via health care request forms and verbally face to face to defendant listed in this section during routine medication passes and trips to the infirmary, every defendants posse personal knowledge of plaintiff medical crisis but

told plaintiff "well we can't help you because you won't stop filing complaints " and made similar comment to that degrees when ask why he was being denied treatment persistence in bloody urine sample provided and acid kidney stones that could only be detected by "MRI"and which the facility lacked updated X-Ray tech. equipment to be of reasonable service to render proper care and for the overall failure to diagnose and treated the illness plaintiff suffer from which caused agonizing pain and sever discomfort to his dislocated shoulder and back injuries and neck injuries believed to be motor never damage and strained and or small fractures in plaintiff back and the failure to provide a sick call system that ensure plaintiff get treated and for the general disorganization of nursing service's prevented plaintiff from a standard level of care "all nurses and doctors in this section" all whom conducted routine rounds refused to properly process plaintiff submitted request for health care from which plaintiff did keep a log of the HCR# to support
Nurses in this section while being unqualified determined what treatment they felt deem worthy of care and made plaintiff suffer other illness they deem not worth the doctors time and often took upon the role of a doctor by issue medical attention for area they were not qualified in such as treatment for back and neck injuries and bloody urine samples and dislocated shoulder and broken ankle Dr.Byrd and Dr.Rozjia at some point treated plaintiff bloody urine sample with a misdiagnose of urinary tract infection and once that treatment filed gave up and ignored plaintiff illness instead of send a referral to have him seen by a specialist and once plaintiff began to complain they denied to treat him for anything refused to order x-rays for plaintiff dislocated shoulder and ,motor nerve damage to neck and back and ankle all while every nurse in this section denied to process all of plaintiffs sick call and once plaintiff report this manipulations of the defects in the health care system to the warden and Ms. Hobson and Ms. Bobbi nothing was done but more retaliation by allowing plaintiff to endure painful process of acid kidneys stones and recklessly disregarded and denied the proper reporting of the psychotic symptoms plaintiff displayed during the routine medication pass and instead of reporting the bizarre behavior they all made jokes and walked away .

From month of Nov. year of 2020 till "actively on going"
Dr.Dewangger,Dr.Keris,Dr.Handley,Dr.Bertch,Dr.Sims,MHP.Reed,MHP.Inda acting as a unit in decision in regards to plaintiff mental health treatment were supervisors in the decision of level mental health care render to plaintiff and mental health housing , plaintiff was housed in a psychiatric unit and displayed symptom of Schizophrenic ,Delusion Disorder ,Bi Polar , PTSD , , Major Depression with suicidal ideation with histories of serious suicide attempts and Anxiety Disorder instead of rendering proper testing and evaluation to determine what degrees plaintiff suffer from in order to take a knowledgeable able steps towards render reasonable and standard level of mental health services they render plaintiff "free of any mental illness" due to the excessive complaints from plaintiff and deem plaintiff to be a manipulator for un just reason and meritless reasons due the complaints field but was unaware that plaintiff received assistance from prion law library and law clerk to file his complaint due to the facts presented during "pre-sentence investigation" by the Marion County Superior court that plaintiff "IQ" level was so low it renders him mentally retarded and the fact that above defendant in this section cannot see what's going on plaintiff head to determine what level of treatment is needed plaintiff suffer from significant disruption in his prison daily life which prevent his functioning in general population at W.V.CF without disturbing and endangering himself and others

housed in general population as a result plaintiff was harassed and attacked and extorted for his belonging in general population due to being mentally ill from the first day at W.V.C.F plaintiff displayed bizarre and schizophrenic like symptoms and extreme daily impairment but without just cause was denied any meaningful services deprived of unbiased evaluation and unbiased mental health testing to determine the level of standard treatment to render before deem plaintiff "free of mental illness" all while he still displayed the symptoms above defendant intentional misdiagnose plaintiff in attempt to justify their ill intent toward he and deprival of standard mental health care for prejudice reason and allowed plaintiff to go untreated creating a dangerous pattern of self-harm and serious suicide attempts and segregation time for incidents directly related to his negative mental state of being.

  The Warden of W.V.C.F had firsthand knowledge of his medical staff were few in number which hinder and likely prevent their capability to provide plaintiff with standard level of care and the lack of organization and defective health care systems as a whole motivated by racial discrimination and prejudice due to the fact half of his custody staff were related who has personal marriages with medical staff and plaintiff had issue with certain custody staff who significant other worked in medical dept. and ignored plaintiff claim of prejudice investigators and the overall manipulations in the mental health care and medical care system that was being used to target plaintiff and did nothing to address the issue or rectify the any of the issue in a meaningful way The Warden was fully aware of the serious mental health need plaintiff suffer from and was aware of the schizophrenic and bizarre symptoms and patterns of self-harm and suicide like dangerous behaviors and turn a blind eye even after being warned by the united states district court judge and being warned by plaintiff of the need for assistance but ignored and allowed further harm which neglected his duty of a facility supervisor and still allowed plaintiff to be subjected to punitive segregation while knowing that his conduct resulted from being serous mentally ill.

## VI. RELIEF

Plaintiff seeks compensation damage and punitive damage in the amount of 35,000$ and injunction relief that there be better policy to react to prejudicial and retaliation and deficiencies in medical care and mental health treatment without making it more likely to be fatal and or harmful by their ignorant acts of hate and all party's be removed from their post.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this _____ day of _____, 20___.

_____
Plaintiff