UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEANDRE ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 2:21-cv-00465-JMS-DLP |
| | ) |
| ELLEN KERIS, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is dismissed without prejudice.

Date: 3/3/2022

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk
United States District Court

By:  Deputy Clerk

Distribution:

KEANDRE ARNOLD
#201-948
 Psychiatric Unit
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838